UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSH RADTKE,** | ) Case No. **3:17-cv-00935-JSC** |
| **Plaintiff,** | ) |
| vs. | ) **[PROPOSED] ORDER** |
| **RED BULL NORTH AMERICA, INC.,** | ) |
| **Defendant.** | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this ____day of November, 2017.

_____
The Honorable Jacqueline S. Corley